IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FARM BUREAU PROPERTY & CASUALTY
INSURANCE COMPANY,

   Plaintiff,

v.               CIV No. 19-409 RB/CG

LUKE W. RAGSDALE, et al.,

   Defendants.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Stay of Proceedings*, (Doc. 16), filed August 15, 2019. The parties ask the Court to stay this case for four months pending the resolution of claims against Defendant Adrian Ragsdale in an underlying action. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Motion to Stay of Proceedings*, (Doc. 16), is **GRANTED** and this case is **STAYED** until **December 16, 2019**.

**IT IS FURTHER ORDERED** that on or before **December 16, 2019**, the parties shall provide a status report of the underlying action and state whether the parties request that the stay be further extended or that these proceedings move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE