IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FARM BUREAU PROPERTY & CASUALTY
INSURANCE COMPANY,

   Plaintiff,

v.                CIV No. 19-409 RB/CG

LUKE W. RAGSDALE, et al.,

   Defendants.

**ORDER GRANTING JOINT MOTION TO CONTINUE STAY**

**THIS MATTER** is before the Court on the parties' *Joint Status Report Regarding Underlying Action and Request for Extension of Stay* (the "Motion"), (Doc. 20), filed March 2, 2019. In the Motion, the parties request the Court stay this case for an additional 60 days pending a decision from the arbitration panel. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Status Report Regarding Underlying Action and Request for Extension of Stay*, (Doc. 20), is **GRANTED** and this case is **STAYED** until **April 30, 2020**.

**IT IS FURTHER ORDERED** that on or before **April 30, 2020**, the parties shall provide a status report of the underlying action and state whether the parties request that the stay be further extended or that these proceedings move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE