## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

FARM BUREAU PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiff,

v.                                        CIV No. 19-409 RB/CG

LUKE W. RAGSDALE, et al.,

      Defendants.

### ORDER GRANTING JOINT MOTION TO CONTINUE STAY

**THIS MATTER** is before the Court on the parties' *Joint Status Report Regarding Underlying Action and Request for Extension of Stay* (the "Motion"), (Doc. 22), filed April 30, 2020. In the Motion, the parties request the Court stay this case for an additional 60 days pending finalization of the parties' state court litigation. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties' *Joint Status Report Regarding Underlying Action and Request for Extension of Stay*, (Doc. 22), is **GRANTED** and this case is **STAYED** until **June 29, 2020**.

**IT IS FURTHER ORDERED** that on or before **June 29, 2020**, the parties shall provide a status report of the underlying action and state whether the parties request that the stay be further extended or that these proceedings move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE