**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

FARM BUREAU PROPERTY & CASUALTY
INSURANCE COMPANY,

      Plaintiff,

v.                                                       CIV No. 19-409 RB/CG

LUKE W. RAGSDALE, et al.,

      Defendants.

**ORDER ON NOTICE OF BANKRUPTCY**

**THIS MATTER** is before the Court on Defendants' *Notice of Bankruptcy*, (Doc. 26), filed July 14, 2020. In the Notice, Defendants explain they have filed for Chapter 11 bankruptcy. (Doc. 26 at 1). As a result, any further action of this Court is stayed pending further Order of the Bankruptcy Court. *Id.*

**IT IS THEREFORE ORDERED** that Defendants shall file a Status Report by **January 5, 2021**, advising the Court on the posture of the bankruptcy proceedings. In all other respects, discovery is hereby **STAYED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE